IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ARNOLD CLAYTON,

    Plaintiff,

vs.                                         CIVIL ACTION NO.: CV513-035

THE GEO GROUP, INC.; DONALD
RACKLEY; JAMES RILEY; NANCY
FENNELL; and BELINDA HULING,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff has filed Objections. Plaintiff asserts that his "main objection" is that he would like the Court to investigate the occurrences at D. Ray James Prison, as the contentions set forth in his Complaint are the truth. Plaintiff also asserts that he understands that the state court can provide the proper remedy for his contentions and will look into pursuing a cause of action in the state court system. Plaintiff requests that he not have to pay the applicable filing fee in this Court.

The Court waives the fee requirement in this case and **sustains** this portion of Plaintiff's Objections. The Clerk of Court is directed to return to Plaintiff any monies he already has paid. The remainder of Plaintiff's Objections are **overruled**. The

Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this １ day of October, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)